Law Office of G. Anthony Long
P. O. Box 504970, Beach road
San Jose, Saipan, MP 96950
Tel. No. (670) 235-4802
Fax. No. (670) 235-4801

Attorney for Defendant

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| HYE LIN SHIN | ) CIVIL ACTION NO. 08-0022 |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) **ANSWER** |
| | ) |
| YOU RIM CORPORATION | ) |
| | ) |
| Defendant | ) |
| _____ | ) |

1. Defendant denies 3, 5, 11, 13, 14, and 19.

2. With respect to ¶ 4, defendant denies venue is proper as the court lacks jurisdiction over this matter.

3. In response to ¶ 6, defendant admits that it wrote a post dated check for $190,000.00 as part of a business transaction for the purchase of a leasehold interest in real property to the lessors of the property. A dispute arose from the transaction and defendant advised lessors not to deposit the check. Defendant put a stop payment order on the check. Lessors nevertheless sought to negotiate the check by tendering it to a third party.

4. In response to ¶ 7, an Exhibit A was not attached to the complaint. Accordingly defendant denies ¶ 7.

5. In response to ¶ 8, defendant admits only that it wrote a post dated check for $190,000.00 as part of a business transaction for the purchase of a leasehold interest in real property to the lessors of the property. A dispute arose from the transaction and defendant advised lessors not to deposit the check. Defendant put a stop payment order on the check. Lessors nevertheless sought to negotiate the check by tendering it to a third party. Plaintiff then claims to demand payment from defendant for the check.

6. In response to ¶ 9, an Exhibit B was not attached to the complaint. Accordingly defendant denies ¶ 9.

7. In response to ¶ 10, neither an Exhibit B or Exhibit C were attached to the complaint. Accordingly defendant denies ¶ 10.

8. In response to ¶ 16, defendant admits that it wrote a post dated check for $190,000.00 as part of a business transaction for the purchase of a leasehold interest in real property to the lessors of the property. A dispute arose from the transaction and defendant advised lessors not to deposit the check. Defendant put a stop payment order on the check. Lessors nevertheless sought to negotiate the check by tendering it to a third party.

9. In response to ¶ 17, neither an Exhibit B or Exhibit C were t attached to the complaint. Accordingly defendant denies ¶ 17.

10. In response to ¶ 18, defendant denies that it had any duty or obligation to pay the check.

11. In response to ¶ 12, defendant realleges and incorporates its response to ¶¶ 1- 11.

12. In response to ¶ 15, defendant realleges and incorporates its response to ¶¶ 1- 14.

## AFFIRMATIVE DEFENSES

1. Plaintiff lacks standing to maintain this action.

2. The court lacks jurisdiction over this matter.

3. The notice under 7 CMC § 2441 is defective.

## PRAYER FOR RELIEF

1. Plaintiff takes nothing by her complaint.

2. Cost of suit including reasonable attorney fees; and

3 Such other and further relief as the court deems just and proper.

Law Office of G. Anthony Long

By:_____/s/_____
G. Anthony Long