**DAVID G. BANES, ESQ.**
**O'Connor Berman Dotts & Banes**
**Second Floor, Marianas Business Plaza**
**P.O. Box 501969**
**Saipan, MP 96950-1969**
**Telephone No. (670) 234-5684**
**Facsimile No. (670) 234-5683**

*Attorneys for Plaintiff Hye Lin Shin*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| **HYE LIN SHIN,** | ) | **CIVIL ACTION NO.: 08-0022** |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **EXHIBITS TO THE COMPLAINT** |
| | ) | |
| **YOU RIM CORPORATION,** | ) | **Judge:** |
| | ) | **Date:** |
| **Defendant.** | ) | **Time:** |
| _____ | ) | |

    Plaintiff, by counsel, hereby submits Exhibits A, B and C to the Complaint which were

inadvertently omitted and not attached to the Complaint.


    Respectfully submitted this 22nd day of May, 2008



                                        O'CONNOR BERMAN DOTTS & BANES
                                        Attorney for Plaintiff Hye Lin Shin



                                        By: ___/s/_____
                                             DAVID G. BANES, ESQ
                                             CNMI Bar ID No. F0171

2542-11-080522-ExhibitstoComplaint-mbc