```
                                                        8-09-2007
                                                        PAGE    1

THE FOLLOWING DEPOSITED ITEM(S) WAS RETURNED AND CHARGED TO YOUR ACCOUNT FOR
THE REASON INDICATED. PLEASE DIRECT ANY INQUIRIES TO OUR CUSTOMER SERVICE
DEPARTMENT. BE SURE TO DEDUCT ALL AMOUNTS LISTED FROM YOUR CHECK REGISTER.

MAKER                              AMOUNT       RETURN REASON
YOU RIM CORPORATION              190,000.00    INSUFFICIENT FUNDS
                       TOTAL:    190,000.00
         TOTAL FEE CHARGED:           15.00

JOY ENTERPRISES INC                          DEMAND DEPOSIT ACCOUNT   103154151
P O BOX 10000 PPP 155                        OFFICER                        114
SAN ANTONIO
SAIPAN MP 96950
```



YOU RIM CORPORATION  0816
PO BOX 1498
ROTA, MP 96951
PH: (670)532-6262/(670)323-2323

RETURNED UNPAID
BANK OF HAWAII
12140501

DATE Aug. 5, 2007

PAY TO THE ORDER OF  SHIN _ LIN  $ 190,000—

One Hundred Ninety Thousand Only ———— DOLLARS

Bank of Hawaii
GARAPAN BRANCH
SAIPAN, MP 96950

BG-05 AUG 0 6 '07 T 16

⑆000816⑆ ⑈121405018⑈ 0032⑈046142⑈  ⑆0019000000⑆

Exhibit "A"