# O'CONNOR BERMAN DOTTS & BANES
## ATTORNEYS AT LAW

| GUAM OFFICE | SAIPAN OFFICE | POHNPEI OFFICE |
|---|---|---|
| Suite 503, Bank of Guam Bldg. | Second Floor, Nauru Building | Ocean View Plaza – East Wing |
| 111 Chalan Santo Papa | P.O. Box 501969, Saipan, MP 96950-1969 | P.O. Box 2069, Pohnpei, |
| Hagåtña, Guam 96910 | Telephone: (670) 234-5684/5 | Federated States of Micronesia, 96941 |
| Telephone: (671) 477-2778 | Fax: (670) 234-5683 | Telephone: (691) 320-6450 |
| Fax: (671) 477-4366 | E-mail: attorneys@saipan.com | Fax: (691) 320-6451 |
| E-mail: bermlaw@kuentos.guam.net | Website: www.pacific-lawyers.com | E-mail: msipos@mail.fm |

March 24, 2008

**By Certified US Mail and Email**

You Rim Corporation
c/o Mr. Cho (by email) (sinclair9665@hotmail.com)
P.O. Box 1498
Rota, MP 96951

Re: *Bounced Check*

Dear You Rim Corporation:

We represent Joy Enterprises and Hye Lin Shin

You wrote a check payable to the order of Hye Lin Shin in the amount of $190,000.00 dated August 5, 2007. On August 6, 2007, Ms. Shin deposited the check. On August 9, 2007, Ms. Shin's bank returned the check as unpayable due to insufficient funds. *See* attached Notice from Bank of Guam. We are providing you Notice of our intent to sue and collect up to treble damages plus attorney fees and 12% interest pursuant to the CNMI Bad Checks Act of 1984 (7 CMC § 2441 et seq.):

YOUR FAILURE TO PAY THE CHECK AMOUNT ($190,000.00) TOGETHER WITH ANY LAWFUL CHARGES WITHIN 30 DAYS FOLLOWING DELIVERY OR MAILING OF THIS NOTICE MAY RESULT IN A COURT JUDGMENT AGAINST YOU FOR THREE TIMES THE AMOUNT OF THIS CHECK.

IF YOU FAIL TO PAY THE CHECK AMOUNT TOGETHER WITH ANY LAWFUL CHARGES WITHIN THIRTY (30) DAYS OF DELIVERY OR MAILING OF THIS WRITTEN DEMAND AND THEREAFTER SUIT IS BROUGHT TO COLLECT THE AMOUNTS OWING, THE COURT SHALL AWARD ATTORNEY'S FEES, AS PROVIDED BY LAW.

**Exhibit "B"**

If you wish to pay the full amount owing, please contact our offices within 30 days.

Truly yours,

David G. Banes

att: Notice from Bank of Guam

2542-08-070116-LTR-JoyEnt-rcr

