Law Office of G. Anthony Long
P. O. Box 504970, Beach Road
San Jose, Saipan, MP 96950
Telephone No. (670) 235-4802
Facsimile No. (670) 235-4801

Attorney for Defendant

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| HYE LIN SHIN | ) | CIVIL ACTION NO. 08-0022 |
| Plaintiff | ) ) ) | |
| v. | ) ) | DEFENDANT'S DISCOVERY DISCLOSURES |
| YOU RIM CORPORATION | ) ) | |
| Defendant | ) ) | Date: June 9, 2008 |
| _____ | ) | Time: 8:30 a.m. |

Comes now defendant who submits the following pre-discovery disclosure:

**1.   PERSONS WITH DISCOVERABLE INFORMATION:**

At this time, persons with discoverable knowledge, other than the parties to this action include Scarlet Hyun Shin, Hannah E. Shin, Sarah Jane Shin, and Christian Shin.

**2. DESCRIPTION AND LOCATION OF RELEVANT DOCUMENTS:**

The documents possessed by defendant plaintiff relevant to the defenses in this lawsuit include but are not limited to the following:

1. The assignment for Lot No. 004 D 23

2. The complaint in *Scarlet Hyun Shin v. Kim Ki Sup*, CNMI Superior Court case No. 08-0159.

3. The Bank of Guam notice to Joy Enterprises, Inc., in connection with the $190,000.00 check.

4. Written communications between defendant and plaintiff.

**3. EXPERT WITNESSES:**

Defendant does not anticipate an expert witness.

**4. COMPUTATION OF DAMAGES:**

Plaintiff has not suffered any injury so there are not any damages to calculate.

Law Office of G. Anthony Long

By: _____/s/_____
G. Anthony Long