UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

FILED
Clerk
District Court

JUN 10 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

| | |
|---|---|
| HYE LIN SHIN,<br><br>Plaintiff,<br><br>vs.<br><br>YOU RIM CORPORATION,<br><br>Defendant. | Civil Action No. 08-0022<br><br>Case Management Scheduling<br>Order |

David G. Banes
Attorney at Law
P.O. Box 501969
Saipan, MP 96952

G. Anthony Long
Attorney at Law
P.O. Box 504970
Saipan, MP 96950

Pursuant to Federal Rule of Civil Procedure 16(b)[1] and Local Rule 16.2CJ.e.4, a Case Management Conference was conducted in the above case on June 10, 2008. As a result of the conference,

IT IS ORDERED THAT:

1.  All parties are to be joined on or before August 15, 2008.

---

[1] Fed.R.Civ.P. 16(b)(6) provides in part that a case management scheduling order "shall not be modified except upon a showing of good cause and by leave of the district judge[.]" To establish good cause, a party must generally show that even with the exercise of due diligence it cannot meet the order's timetable. *See e.g.* Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 609 (9th Cir. 1992). The liberal amendment policy of Fed.R.Civ.P. 15 no longer obtains once the case management scheduling order has been entered. *See* Coleman v. Quaker Oats Co., 232 F.3d 1271, 1294 (9th Cir. 2000).

2.  All motions to amend pleadings shall be filed on or before August 15, 2008.

3.  All discovery shall be served by October 15, 2008.

4.  All discovery motions shall be filed so as to be heard on or before November 13, 2008. The following discovery documents and proofs of service thereof shall not be filed with the Clerk until there is a motion or proceeding in which the document or proof of service is in issue and then only that part of the document which is in issue shall be filed with the Court:

    a.  Transcripts of depositions upon oral examination;
    b.  Transcripts of deposition upon written questions;
    c.  Interrogatories;
    d.  Answers or objections to interrogatories;
    e.  Requests for production of documents or to inspect tangible things;
    f.  Responses or objections to requests for production of documents or to inspect tangible things;
    g.  Requests for admission; and,
    h.  Responses of objections to requests for admission.

5.  A status conference will be held on July 18, 2008, at 9:00 a.m.

6.  All dispositive motions shall be heard on or before December 11, 2008. Said motions shall be filed in accordance with Local Rules 7.1.

7.  A settlement conference will be held on November 28, 2008, at 9:00 a.m.

8.  The jointly-prepared final pretrial order, prepared pursuant to Local Rule 16.2CJ.e.9, shall be filed with this Court by December 15, 2008.

9.  A final pretrial conference will be held on February 6, 2009, at 8:30 a.m.

10. The trial in this case shall begin on February 16, 2009, at 9:00 a.m.

This case has been assigned to the Expedited Track.

DATED THIS 10th day of June 2008, Garapan, Saipan, CNMI.

*[signature]*
JUDGE ALEX R. MUNSON