**GEORGE L. HASSELBACK, ESQ.**
O'Connor Berman Dotts & Banes
Second Floor, Marianas Business Plaza
P.O. Box 501969
Saipan, MP 96950-1969
Telephone No. (670) 234-5684
Facsimile No. (670) 234-5683

*Attorneys for Plaintiff Hye Lin Shin*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| HYE LIN SHIN, ) | CIVIL ACTION NO.: 08-0022 |
| ) | |
| Plaintiff, ) | MOTION FOR SUMMARY |
| v. ) | JUDGMENT |
| ) | |
| YOU RIM CORPORATION, ) | Judge: Hon. Alex R. Munson |
| ) | Date: TBD |
| Defendant. ) | Time: TBD |
| ) | |

Plaintiff, by and through counsel, and pursuant to Fed.R.Civ.P. 56(a) and 7 CMC § 2441 *et seq.*, hereby moves this honorable Court for an Order entering summary judgment against Defendant on all of Plaintiff's claims. Considering the undisputed and undisputable facts of this case and the nature of the liability imposed by CNMI statute for bouncing checks, there exists no genuine issue of any material fact, and Plaintiff is due a judgment as a matter of law. This Motion is supported by its accompanying Memorandum, any and all papers currently on file with this Court and any and all argument to be adduced at the hearing of this Motion.

Dated: August 15, 2008          Respectfully submitted:

                                O'CONNOR BERMAN DOTTS & BANES
                                Attorney for Plaintiff


                                By: ____/s/_____
                                    GEORGE L. HASSELBACK, ESQ.

1