**GEORGE L. HASSELBACK, ESQ.**
**O'Connor Berman Dotts & Banes**
**Second Floor, Marianas Business Plaza**
**P.O. Box 501969**
**Saipan, MP 96950-1969**
**Telephone No. (670) 234-5684**
**Facsimile No. (670) 234-5683**

*Attorneys for Plaintiff Hye Lin Shin*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| HYE LIN SHIN, | ) | CIVIL ACTION NO.: 08-0022 |
| | ) | |
| Plaintiff, | ) | NOTICE OF MOTION FOR |
| v. | ) | SUMMARY JUDGMENT |
| | ) | |
| YOU RIM CORPORATION, | ) | Judge: Hon. Alex R. Munson |
| | ) | Date:   TBD |
| Defendant. | ) | Time:  TBD |
| | ) | |

**PLEASE TAKE NOTICE THAT ON** _____ at ____ a.m./p.m., or as soon thereafter as counsel may be heard before this Court, Plaintiff will and hereby does move the Court for a hearing on her Motion for Summary Judgment.

Dated: August 15, 2008          Respectfully submitted:

                                O'CONNOR BERMAN DOTTS & BANES
                                Attorney for Plaintiff


                                By: _____/s/_____
                                    GEORGE L. HASSELBACK, ESQ.

2542-11-080722-NotMtnSummJdgmt-glh

1