

```
                                                            8-09-2007
                                                            PAGE     1

THE FOLLOWING DEPOSITED ITEM(S) WAS RETURNED AND CHARGED TO YOUR ACCOUNT FOR
THE REASON INDICATED. PLEASE DIRECT ANY INQUIRIES TO OUR CUSTOMER SERVICE
DEPARTMENT. BE SURE TO DEDUCT ALL AMOUNTS LISTED FROM YOUR CHECK REGISTER.

   MAKER                              AMOUNT        RETURN REASON
   YOU RIM CORPORATION              190,000.00      INSUFFICIENT FUNDS
                         TOTAL:     190,000.00
           TOTAL FEE CHARGED:            15.00

   JOY ENTERPRISES INC                          DEMAND DEPOSIT ACCOUNT   103154151
   P O BOX 10000 PPP 155                                        OFFICER        114
   SAN ANTONIO
   SAIPAN MP 96950
```

Exhibit "A"