**GEORGE L. HASSELBACK, ESQ.**
**O'Connor Berman Dotts & Banes**
**Second Floor, Marianas Business Plaza**
**P.O. Box 501969**
**Saipan, MP 96950-1969**
**Telephone No. (670) 234-5684**
**Facsimile No. (670) 234-5683**

*Attorneys for Plaintiff Hye Lin Shin*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| HYE LIN SHIN, ) | CIVIL ACTION NO.: 08-0022 |
|   ) | |
|   Plaintiff, ) | DECLARATION OF COUNSEL IN |
|   v. ) | SUPPORT OF MOTION FOR |
|   ) | SUMMARY JUDGMENT |
| YOU RIM CORPORATION, ) | |
|   ) | Judge: Hon. Alex R. Munson |
|   Defendant. ) | Date:  TBD |
|   ) | Time:  TBD |

1. I, George Hasselback, am currently, and at all times relevant to the above-captioned lawsuit have been, employed as an associate with the law firm of O'Connor Berman Dotts & Banes, the attorneys of record for Plaintiff Hye Lin Shin ("Ms. Shin").

2. I have searched the correspondence file our office has kept in this matter and have not been able to locate any response to the March 24, 2008 demand letter sent to You Rim Corporation via Certified U.S. Mail and electronic mail.  To the best of my knowledge, no such response was ever received by any member or employee of our office.

3. I asked that a member of my office's accounting staff calculate the accrued interest on $190,000.00 from August 8, 2007 to August 15, 2008 at 9% per annum.  This comes to $207,474.79. (with $17,474.79 being the amount of accrued interest).

4. The attorney fees that would be charged under my office's customary rates for this matter to date exceed $250.00.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated August 15, 2008:

                                                          /s/
                                      George L. Hasselback, Esq.

2542-11-080722-NotMtnSummJdgmt-glh