F I L E D
Clerk
District Court

AUG 19 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| HYE LIN SHIN, | ) | Civil No. 08-0022 |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | NOTICE OF |
| | ) | HEARING DATE |
| YOU RIM CORPORATION, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

PLEASE TAKE NOTICE that **plaintiff's motion for summary judgment will be heard at 9:00 a.m., Thursday, September 11, 2008.** Any opposition shall be filed by 3:30 p.m., Thursday, August 28, 2008, and any reply shall be filed by 3:30 p.m., Thursday, September 4, 2008.

DATED this 19th day of August, 2008.

CLERK OF COURT

By: _____
Deputy Clerk

AO 72
(Rev. 08/82)