Law Office of G. Anthony Long
P. O. Box 504970, Beach Road
San Jose, Saipan, MP 96950
Tel. No. (670) 235-4802
Fax. No. (670) 235-4801

Attorney for Defendant

### IN THE UNITED STATES DISTRICT COURT
### FOR THE
### NORTHERN MARIANA ISLANDS

| | |
|---|---|
| HYE LIN SHIN ) | CIVIL ACTION NO. 08-0022 |
| Plaintiff ) | |
| v. ) | **STIPULATION** |
| YOU RIM CORPORATION ) | |
| Defendant ) | |

WHEREAS, plaintiff filed a summary judgment motion on Friday, August 15, 2008;

WHEREAS, the hearing on the summary judgment motion is scheduled for Thursday September 11, 2008;

NOW THEREFORE, the parties hereto stipulate and agree as follows:

1. Defendant's opposition memorandum shall be filed on or before Friday. August 29, 2008.

2. Plaintiff's reply memorandum shall be due on or before Friday, September

    5, 2008.

3.    The hearing date shall remain on September 11, 2008 at 9:00 a.m.


| Law Office of G. Anthony Long | O'Conner, Berman, Dotts & Banes |
|---|---|
| By_____/s/_____ | By:_____/s/_____ |
|     G. Anthony Long |     George Hassleback |
|     Attorney for Defendant |     Attorney for Plaintiff |