F I L E D
Clerk
District Court

AUG 28 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

HYE LIN SHIN,                    )    Civil No. 08-0022
                                 )
       Plaintiff        )
                                 )
   v.                            )    ORDER APPROVING
                                 )    STIPULATION ALTERING
YOU RIM CORPORATION,             )    BRIEFING DEADLINES
                                 )
       Defendant        )
_____)

    IT IS ORDERED that the August 27, 2008, stipulation of the parties to alter the briefing deadlines be and hereby is approved. **Plaintiff's motion for summary judgment will still be heard at 9:00 a.m., Thursday, September 11, 2008**. Any opposition shall be filed by 3:30 p.m., Friday, August 29, 2008, and any reply shall be filed by 3:30 p.m., Friday, September 5, 2008.

    DATED this 27th day of August, 2008.

                                                 /s/ Alex R. Munson
                                                  ALEX R. MUNSON
                                                      Judge

AO 72
(Rev. 08/82)