Law Office of G. Anthony Long
P. O. Box 504970, Beach road
San Jose, Saipan, MP 96950
Tel. No. (670) 235-4802
Fax. No. (670) 235-4801

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| HYE LIN SHIN ) | CIVIL ACTION NO. 08-0022 |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | STATEMENT OF DISPUTED FACT |
| ) | |
| YOU RIM CORPORATION ) | |
| ) | Date: Sept. 11, 2008 |
| Defendant ) | |
| _____ ) | Time: 9:00 a.m |

The disputed material facts in this case include but are not limited to the following:

1. Whether plaintiff is the holder of the check at issue.

2. Whether plaintiff transferred all of her rights and interest in the check at issue to Joy Enterprises, Inc., ("Joy").

3. Whether plaintiff has any claim to the final payment due under the assignment for Lot 004 D 23.

4. Whether the assignors of Lot No. 004 D 23 have assigned their rights and interest in the final payment for the assignment to plaintiff.

5. Whether You Rim intentionally made, uttered, drew or delivered a bad check to plaintiff.

6. Whether You Rim made, uttered, drew or delivered a bad check to plaintiff

7. Whether complete relief can be given in this lawsuit without Joy being a party.

8. Whether complete relief be given in the lawsuit without the presence of the assignors of Lot No. 004 D 23.

9. Whether You Rim is prejudiced by the absence of Joy from this lawsuit.

10. Whether You Rim is prejudiced by the absence of the assignors of Lot No. 004 D 23 from this lawsuit.

11. Whether plaintiff bears responsibility for the dishonoring of the check by transferring the check to Joy knowing of the dispute between Kim Ki Sup and the assignors of Lot No. 004 D 23 and knowing of Kim's instruction not to deposit the check.

12. Whether plaintiff is seeking to profit from her own wrongful conduct.


Law Office of G. Antony Long


By:_____/s/_____
     G. Anthony Long