**GEORGE L. HASSELBACK, ESQ.**
**O'Connor Berman Dotts & Banes**
**Second Floor, Marianas Business Plaza**
**P.O. Box 501969**
**Saipan, MP 96950-1969**
**Telephone No. (670) 234-5684**
**Facsimile No. (670) 234-5683**

*Attorneys for Plaintiff Hye Lin Shin*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| HYE LIN SHIN, ) | CIVIL ACTION NO.: 08-0022 |
| ) | |
| Plaintiff, ) | STIPULATION |
| v. ) | |
| ) | |
| YOU RIM CORPORATION, ) | Judge: Hon. Alex R. Munson |
| ) | Date:  September 11, 2008 |
| Defendant. ) | Time:  9:00 a.m. |

Based on the stipulation of the parties, by counsel, it is hereby stipulated that Plaintiff shall file its reply to the Motion for Summary Judgment no later than September 8, 2009 at 10:00 a.m.

SO STIPULATED.

Respectfully submitted,

| O'CONNOR BERMAN DOTTS & BANES | LAW OFFICES OF G. ANTHONY LONG |
|---|---|
| Attorneys for Plaintiff Hye Lin Shin | Attorneys for Defendant You Rim Corporation |
| By: ____/s/_____ | By: ____/s/_____ |
| George L. Hasselback | G. Anthony Long |

2542-11-080905-StipReplyDue-mbc.doc

1