F I L E D
Clerk
District Court

SEP -5 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

HYE LIN SHIN,

    Plaintiff,

v.

YOU RIM CORPORATION,

    Defendant.

Civil Action No. 08-0022

**ORDER GRANTING
STIPULATED EXTENSION**

    The parties in this matter have stipulated to extend the time for Plaintiff Hye Lin Shin to file its reply brief regarding Plaintiff's Motion for Summary Judgment. The stipulation is GRANTED and Plaintiff's reply shall be filed no later than September 8, 2008 at 10:00 am.

**IT IS SO ORDERED.**

Dated:    September 5, 2008

                                                      ALEX R. MUNSON
                                                      UNITED STATES DISTRICT JUDGE

AO 72
(Rev. 08/82)