# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

CV-08-0022                                                September 11, 2008
                                                          9:00 a.m.

### HYE LIN SHIN -v- YOU RIM CORPORATION

PRESENT:     Hon. Alex R. Munson, Chief Judge
             Abigail Robinson. Law Clerk
             Sanae Shmull, Court Reporter
             K. Lynn Lemieux, Courtroom Deputy
             George Hasselback, Attorney for Plaintiff
             Anthony Long, Attorney for Defendant


PROCEEDINGS:   MOTION FOR SUMMARY JUDGMENT

    Attorney George Hasselback were present on behalf of Plaintiffs.  Defendant was represented by Attorney Anthony Long.

    Attorney Long argued the motion.  Attorney Hasselback argued on behalf of the Plaintiff.

    Court, after hearing all argument, took the matter under advisement and stated that a written decision would be forthcoming.

                                              Adjourned 9:20 a.m.


                                              /s/K. Lynn Lemieux, Courtroom Deputy